461 A.2d 878

Commonwealth v. Quinn, Appellant.

Argued September 8, 1980. Emilio DiMatteo, Assistant Public Defender, for appellant; Jean Marie Cella, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.

461 A.2d 878

Commonwealth v. Seibert, Appellant.
Petition for Allowance of Appeal Denied Oct. 18, 1873.

Submitted February 8, 1983. Mildred A. Molino, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.